# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Nomination Papers of : <br>
Barbara Daniels as a Candidate : <br>
for Pittsburgh City Council-District 9 : No. 1258 C.D. 2019 <br>
                   : Submitted: September 20, 2019 <br>
Appeal of: Carmen Brown :

**PER CURIAM**               **O R D E R**

     **NOW**, October 17, 2019, it is ordered that the above-captioned Memorandum Opinion, filed September 27, 2019, shall be designated OPINION and shall be REPORTED.